```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
STEVEN ALAN LARKIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN ALAN LARKIN, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> ) <br> ) | Cr.S.11-0273-MCE <br><br> WAIVER OF APPEARANCE |

   Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, STEVEN ALAN LARKIN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

///

///

///

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

    Defendant further acknowledges that she has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: August 24, 2011          /s/   STEVEN ALAN LARKIN
                                      DEFENDANT

    I agree with and consent to my client's waiver of appearance.

Dated: August 25, 2011          /s/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant

    IT IS SO ORDERED.

Dated: September 1, 2011

                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE