```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
STEVEN ALAN LARKIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00273-MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: November 17, 2011 |
| | ) | TIME: 9:00 a.m. |
| STEVEN ALAN LARKIN, | ) | JUDGE: Hon. Morrison C. England Jr. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through JARED DOLAN, Assistant U.S. Attorney, and defendant STEVEN ALAN LARKIN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, October 13, 2011, be continued to Thursday, November 17, 2011, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to examine possible defenses and to continue investigating the facts of the case.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 17, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 6, 2011         Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               STEVEN ALAN LARKIN


DATED: October 6, 2011         BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               JARED DOLAN
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set October 13, 2011 status conference and revocation hearing shall be continued to November 17, 2011, at 9:00 a.m..  It is further ordered that the time period from the date of the parties' stipulation, July 28, 2011, through and including the date of the new status conference, October 13, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**3**